**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Cledus D. Lamb,
    Plaintiff,

vs.                              Case No. 1:08-cv-847

Commissioner of Social Security,
    Defendant

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed October 14, 2009 (Doc. 15).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's motion for attorney fees and costs is **GRANTED**. Plaintiff's counsel is **AWARDED** $3,000 in attorney fees and $366.30 in costs, for a total award of $3,366.30.

Date: November 9, 2009               s/Sandra S. Beckwith
                                                 Sandra S. Beckwith, Senior Judge
                                                 United States District Court